

LeCLAIRRYAN

June 4, 2014

**VIA ECF**

Honorable Jose L. Linares, U.S.D.J.
United States District Court - District of New Jersey
Martin Luther King, Jr. Fed. Bldg. & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   Days Inns Worldwide, Inc. v. Saikrupa, Inc., et al.
      Civil Action No. 14-cv-715 (SDW)(MCA)

Dear Judge Wigenton:

We represent plaintiff, Days Inns Worldwide, Inc. ("DIW"), in the above matter. We write to respectfully request that DIW's Motion for Default Judgment, returnable before Your Honor on June 2, 2014, be withdrawn as this matter has settled in principal. We will submit a Notice of Dismissal immediately upon execution of the settlement documents.

We thank Your Honor for your kind consideration of this request.

Respectfully submitted,

BRYAN P. COUCH

cc:   Mahesh Patel, Esq. (via e-mail)

So Ordered
this 10th day of June 2014

Susan D. Wigenton, U.S.D.J.

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM

13282825.1